UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; STABLE STEP LLC, an Ohio limited liability company; and REMINGTON PRODUCTS COMPANY, d/b/a Foundation Wellness, a Delaware limited liability company,

Plaintiffs,

v.

NESHA HOWELL, an individual; and DOES 1-10,

Defendants.

No.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

## I. INTRODUCTION

1. This case involves Defendants' unlawful and expressly prohibited sale of counterfeit orthotic shoe inserts bearing the trademarks of Stable Step LLC ("Stable Step"), a subsidiary of Remington Products Company ("Remington," and together with Stable Step, "Foundation Wellness").[1] Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (together, "Amazon") and Foundation Wellness jointly bring this lawsuit to permanently prevent and enjoin Defendants from causing future harm to Amazon's and Foundation Wellness's

[1] Remington Products Company does business as Foundation Wellness.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

customers, reputations, and intellectual property ("IP"), and to hold Defendants accountable for their illegal actions.

2. Amazon.com Services LLC owns and operates the Amazon.com store (the "Amazon Store"), and Amazon's affiliates own and operate equivalent counterpart international stores and websites. Amazon's stores offer products and services to customers in more than 100 countries around the globe. Some of the products are sold directly by Amazon entities, while others are sold by Amazon's numerous third-party selling partners. The Amazon brand is one of the most well-recognized, valuable, and trusted brands in the world. To protect its customers and safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and infringing goods from being sold in its stores. Amazon has invested billions of dollars and employed thousands of people—including machine learning scientists, software developers, and expert investigators—who are dedicated to protecting customers, brands, selling partners, and Amazon's stores from counterfeits, fraud, and other forms of abuses.

3. Foundation Wellness is a leading provider of foot health and orthotic solutions, with a longstanding reputation for developing products designed to improve comfort, support, and overall foot function. Among Foundation Wellness's flagship brands is PowerStep, and it has sold PowerStep orthotic shoe inserts nationwide for over two decades. PowerStep inserts are carefully designed to provide support and pain relief for a wide range of foot conditions.[2] Foundation Wellness's extensive sales, advertising, and promotion of PowerStep orthotic shoe inserts have led to substantial consumer recognition and goodwill in the PowerStep brand.

4. Stable Step owns, manages, enforces, licenses, and maintains IP, including various trademarks. Relevant to this Complaint, Stable Step owns the following registered trademarks (the "PowerStep Trademarks").

[2] Foundation Wellness offers various lines of PowerStep insoles, including its Pinnacle and Original insoles, each of which can be found on the PowerStep website at https://powerstep.com/collections/shop-orthotic-insoles.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| POWERSTEP | 3,646,937 (10) |
| POWERSTEP PINNACLE | 3,405,909 (10) |

True and correct copies of the registration certificates for the PowerStep Trademarks are attached as **Exhibit A**.

5. Beginning November 23, 2009, Defendants registered with Amazon to sell in the Amazon Store. From August 24, 2025, through May 20, 2026, Defendants advertised, marketed, offered, distributed, and sold counterfeit PowerStep-branded orthotic inserts in the Amazon Store (namely, unauthorized imitations of the PowerStep Pinnacle orthotic insoles and PowerStep Original orthotic insoles), using the PowerStep Trademarks, without authorization, in order to deceive customers about the authenticity and origin of the products and the products' affiliation with Foundation Wellness.

6. As a result of their illegal actions, Defendants have infringed and misused Foundation Wellness's IP; breached their contracts with Amazon; willfully deceived and harmed Amazon, Foundation Wellness, and their customers; compromised the integrity of the Amazon Store; and undermined the trust that customers place in Amazon and Foundation Wellness. Defendants' illegal actions have caused Amazon and Foundation Wellness to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, Foundation Wellness, and their customers.

## II. PARTIES

7. Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Services LLC is a Delaware limited liability company with its principal place of business in Seattle, Washington.

8. Remington Products Company, d/b/a Foundation Wellness is a Delaware limited liability company with its principal place of business in Wadsworth, Ohio. Foundation Wellness is the parent company of Stable Step.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

9. Stable Step LLC is an Ohio limited liability company with its principal place of business in Wadsworth, Ohio.

10. On information and belief, Defendant Nesha Howell ("Defendant Howell") is an individual who resides in Livingston, New Jersey. On further information and belief, Defendant Howell personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and she derived a direct financial benefit as a result of that wrongful conduct. Defendant Howell controlled the Basket and Shoes Are Us Store Selling Accounts. On further information and belief, Defendant Howell acted in concert with other individuals and/or entities who operated the Selling Accounts.

11. Defendants are a collection of individuals and entities, both known and unknown, who conspired and operated in concert with each other to engage in the counterfeiting scheme alleged in this Complaint. Defendants operated, controlled, and/or were responsible for the selling accounts detailed in **Attachment 1** (the "Selling Accounts"). Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, *respondeat superior*, vicarious liability, and/or contributory infringement.

12. On information and belief, Defendants Does 1-10 (the "Doe Defendants") are individuals and/or entities working in active concert with each other and the named Defendants to knowingly and willfully manufacture, import, advertise, market, offer, distribute, and sell counterfeit PowerStep-branded products. The identities of the Doe Defendants are presently unknown to Plaintiffs.

## III. JURISDICTION AND VENUE

13. The Court has subject matter jurisdiction over Foundation Wellness's Lanham Act claim for trademark counterfeiting and trademark infringement, and Amazon's and Foundation Wellness's Lanham Act claims for false designation of origin, pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). The Court has subject matter jurisdiction over



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Amazon's breach of contract claim and Amazon's and Foundation Wellness's claims for violation of the Washington Consumer Protection Act, pursuant to 28 U.S.C. §§ 1332 and 1367.

14. The Court has personal jurisdiction over Defendants because they transacted business and committed tortious acts within and directed to the State of Washington, and Amazon's and Foundation Wellness's claims arise from those activities. Defendants affirmatively undertook to do business with Amazon, a corporation with its principal place of business in Washington, and sold in the Amazon Store products bearing counterfeit versions of the PowerStep Trademarks and which otherwise infringed Foundation Wellness's IP. Additionally, Defendants shipped products bearing counterfeit versions of the PowerStep Trademarks to consumers in Washington. Each Defendant committed, or facilitated the commission of, tortious acts in Washington and has wrongfully caused Amazon and Foundation Wellness substantial injury in Washington.

15. Further, Defendants have consented to the jurisdiction of this Court by agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides that the "Governing Courts" for claims to enjoin infringement or misuse of IP rights and claims related to the sale of counterfeit products in the Amazon Store are the state or federal courts located in King County, Washington.

16. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of Washington. Venue is also proper in this Court because Defendants consented to it under the BSA.

17. Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## IV. FACTS

### A. Amazon's Efforts to Prevent the Sale of Counterfeit Goods.

18. Amazon works hard to build and protect the reputation of its stores as places where customers can conveniently select from a wide array of authentic goods and services at competitive prices. Amazon invests vast resources to ensure that when customers make purchases in Amazon's stores—either directly from Amazon entities or from one of its millions of third-party sellers—customers receive authentic products made by the true manufacturer of those products.

19. A small number of bad actors seek to take advantage of the trust customers place in Amazon by attempting to create Amazon selling accounts to advertise, market, offer, distribute, and sell counterfeit products. These bad actors seek to misuse and infringe the trademarks and other IP of the true manufacturers of those products to deceive Amazon and its customers. This unlawful and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable harm to Amazon.

20. Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of its customers and working with brands, manufacturers, rights owners, and others to improve the detection and prevention of counterfeit products from ever being offered to customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent counterfeits from being offered in Amazon's stores. Amazon's systems automatically and continuously scan thousands of data points to prevent, detect, and remove counterfeits from its stores and to terminate the selling accounts of bad actors before they can offer counterfeit products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also uses this intelligence to improve its proactive prevention controls. In 2025, Amazon's proactive controls blocked more than 99.9% of suspected infringing listings before a brand ever had to find and report them.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

21. In 2017, Amazon launched Brand Registry, a free service that offers rights owners an enhanced suite of tools for monitoring and reporting potential instances of infringement, regardless of whether they sell in Amazon's stores. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for, identify, and report potentially infringing products using state-of-the-art image search technology.

22. In 2018, Amazon launched Transparency, a product serialization service that prevents counterfeits from reaching customers for enrolled products. Brands enrolled in Transparency can apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers, law enforcement, and customers to determine the authenticity of any Transparency-enabled product, regardless of where the product was purchased. More than 2.75 billion product units have been verified as genuine through Amazon's Transparency program.

23. In 2019, Amazon launched Project Zero, a program to empower brands to help Amazon drive counterfeits to zero. Project Zero introduced a novel self-service counterfeit removal tool that enables brands to remove counterfeit listings directly from Amazon's stores. This enables brands to take down counterfeit product offerings on their own within minutes. Since launch, more than 35,000 brands have enrolled in Project Zero.

24. Amazon uses advanced technology and expert human reviewers to verify the identities of potential sellers. When prospective sellers apply to sell in Amazon's stores, they are required to provide government-issued photo IDs, business credentials, bank statements, and proof of address—cross-checked against internal and external databases where possible. Amazon employs advanced identity detection methods such as document forgery detection, image and video verification, and other technologies to quickly confirm the authenticity of government-issued IDs and whether such IDs match the individual applying to sell in Amazon's stores. In addition to verifying IDs, Amazon's systems analyze numerous data points, including behavior signals and connections to previously detected bad actors, to detect and prevent risks.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

25. Similarly, throughout the selling experience in Amazon's stores, Amazon's systems monitor selling accounts to identify anomalies or changes in account information, behaviors, and other risk signals. In the event that Amazon identifies a risk of fraud or abuse, it promptly initiates an investigation using automated and/or human review, may request additional information, and swiftly removes bad actors from its stores.

26. In addition to the measures discussed above, Amazon actively cooperates with rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in illegal activity. Lawsuits, like this one, as well as criminal referrals, are integral components of Amazon's efforts to combat counterfeits and other inauthentic products. Since its launch in 2020, Amazon's Counterfeit Crimes Unit has pursued more than 32,000 bad actors through litigation and criminal referrals to law enforcement.

### B. Foundation Wellness and Its Anti-Counterfeiting Efforts.

27. Foundation Wellness goes to great lengths to protect consumers from counterfeits of its products, and it is committed to leading efforts to combat counterfeit products. Foundation Wellness utilizes both internal and external resources to combat counterfeit and infringing products. Foundation Wellness works with a third-party brand protection service vendor on the detection and removal of product listings violating their IP rights.

28. Foundation Wellness is currently enrolled in Brand Registry. Foundation Wellness actively used the tools and protections provided by Brand Registry in response to the counterfeiting activity described in this Complaint.

### C. Defendants Created Amazon Selling Accounts, Agreed Not to Sell Counterfeit Goods, and Agreed to Reimburse Amazon for Damages Arising from Customer Refunds.

29. Defendants established, controlled, and operated the two Selling Accounts detailed in Attachment 1. From approximately August 2025 through May 2026, Defendants used these Selling Accounts to advertise, market, offer, distribute, and sell counterfeit PowerStep-branded orthotic shoe inserts. In connection with these Selling Accounts, Defendants provided Amazon with names, email addresses, phone numbers, a tax identification number, bank



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

information, and either government-issued identification for an individual acting on behalf of the Selling Account or a copy of a government-issued record or tax document for the entity operating the Selling Account.

30. To become a third-party seller in the Amazon Store, an applicant is required to agree to the BSA, which governs the seller's access to and use of Amazon's services and states Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents and warrants that it "will comply with all applicable Laws in [the] performance of its obligations and exercise of its rights" under the BSA. A true and correct copy of the applicable version of the BSA, namely, the version Defendants last agreed to when using Amazon's services, is attached as **Exhibit B**.

31. Under the terms of the BSA, Amazon specifically identifies the sale of counterfeit goods as "deceptive, fraudulent, or illegal activity" that violates Amazon's policies, and Amazon reserves the right to withhold payments and terminate the selling account of any bad actor who engages in such conduct. Ex. B ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and hold Amazon harmless against any claims or losses arising from the seller's "actual or alleged infringement of any Intellectual Property Rights." *Id.* ¶ 6.1.

32. Additionally, the BSA incorporates, and sellers therefore agree to be bound by, Amazon's Program Policies. The BSA defines "Program Policies" as "all policies and program terms provided on the <u>Program Policies</u> page" which contains a hyperlink to a webpage where those policies are listed. One of the Program Policies is Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit C**. The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon Store:

- The sale of counterfeit products is strictly prohibited.
- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured[.]
- You must provide records about the authenticity of your products if Amazon requests that documentation[.]



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

> Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

*Id.*

33. Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in the Amazon Store, and describes the consequences of selling inauthentic products:

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:
  - Bootlegs, fakes, or pirated copies of products or content
  - Products that have been illegally replicated, reproduced, or manufactured
  - Products that infringe another party's intellectual property rights
- Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.
- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.
- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:
  - Remove suspect listings.
  - Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.
- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders.

  You may view counterfeit complaints on the Account Health page in Seller Central.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

*Id.*

34. Additionally, under the BSA, sellers agree that the information and documentation they provide to Amazon in connection with their selling accounts—such as identification, contact, and banking information—will, at all times, be valid, truthful, accurate, and complete. Specifically, the BSA requires that:

- As part of the application [process], you must provide us with your (or your business') legal name, address, phone number and e-mail address, as well as any other information we may request. Ex. B ¶ 1.

- You will use only a name you are authorized to use in connection with a[ny Amazon] Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. *Id.* ¶ 2.

- Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and authority to enter this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided or made available by one party to another party or its Affiliates is at all times accurate and complete[.] *Id.* ¶ 5.

35. When Defendants registered as third-party sellers in the Amazon Store, and established their Selling Accounts, they agreed not to advertise, market, offer, distribute, or sell counterfeit products, and agreed to provide Amazon with accurate and complete information and to ensure that information remained accurate and complete.

36. Defendants also agreed to reimburse Amazon for any amounts that Amazon refunded to customers who purchased products from Defendants. The BSA provides:

- You will defend, indemnify, and hold harmless Amazon … against any … loss, damage, settlement cost, expense, or other liability … arising from or related to … Your Products, including the … refund … thereof[.] *Id.* § 6.1.

  If we determine that your actions or performance may result in returns, chargebacks, claims, disputes, violations of our terms or policies, violations of law or other risks to Amazon or third parties, then we may in our sole discretion withhold any payments to you for as long as we determine any related risks to Amazon or third parties persist. For any amounts that we determine you owe us, we may … collect payment or reimbursement from you by any other lawful means. *Id.* § 2.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**D. Defendants' Sale of Counterfeit PowerStep-Branded Products.**

37. Defendants advertised, marketed, offered, distributed, and sold counterfeit PowerStep-branded orthotic shoe inserts through the Selling Accounts. The counterfeit PowerStep-branded products sold by Defendants are identified and described in Attachment 1. Defendant Howell was the registrant of one of the Selling Accounts, and her name was listed on the fake invoices that both Selling Accounts submitted to Amazon, as set forth below.

38. Foundation Wellness has conducted multiple test purchases of PowerStep-branded products sold by Defendants' Selling Accounts. Foundation Wellness confirmed that the products bore the PowerStep Trademarks, that Foundation Wellness never authorized the sale of such products or the use of the PowerStep Trademarks on the products, and that the products were therefore counterfeit, as detailed in Attachment 1.

39. The totality of the facts demonstrate that Defendants' advertisement and sale of counterfeit PowerStep-branded orthotic insoles are highly likely to cause consumer confusion about the source of Defendants' products. First, Defendants falsely advertised their orthotics as genuine PowerStep-branded insoles. Second, Defendants' counterfeit orthotic inserts bear marks that are identical to, or substantially indistinguishable from, the PowerStep Trademarks. Third, Defendants' counterfeit orthotic insoles mimic the appearance and design of Foundation Wellness's genuine orthotic insoles (the PowerStep Pinnacle insoles and the PowerStep Original insoles), in a deliberate attempt to pass off Defendants' insoles as authentic. Fourth, Defendants have marketed and sold their counterfeit PowerStep-branded orthotic inserts through the same trade and advertising channels that are used to market and sell genuine Foundation Wellness orthotic products, including online and in the Amazon Store. Fifth, Defendants intended to confuse customers about the source of their products through their knowing and willful misuse of Foundation Wellness's IP. Sixth, on information and belief, Defendants' conduct resulted in actual consumer confusion because a substantial volume of PowerStep-branded products were purchased by customers through the Selling Accounts.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

40. In addition, as further detailed in Attachment 1, Defendants submitted invoices to Amazon that purported to show that their counterfeit products came from a supplier of authentic products. Amazon has determined that the invoices were falsified.

**E. Amazon Shut Down Defendants' Selling Accounts.**

41. Defendants falsely represented to Amazon and its customers that the counterfeit and infringing PowerStep-branded products that they sold were genuine products made by Foundation Wellness. Defendants also knowingly and willfully used Foundation Wellness's IP in connection with the advertising, marketing, offering, distributing, and selling of counterfeit and infringing PowerStep-branded products.

42. At all times, Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in the Amazon Store, from providing inaccurate information to Amazon and its customers, from misrepresenting the authenticity of the products sold, and from misleading Amazon and its customers through their sale of inauthentic PowerStep-branded products. Defendants have breached the terms of their agreements with Amazon; deceived Amazon's customers and Amazon; infringed and misused the IP rights of Foundation Wellness; harmed the integrity of and customer trust in the Amazon Store; and tarnished Amazon's and Foundation Wellness's brands.

43. After Amazon verified Defendants' sale of counterfeit PowerStep-branded products, it blocked the Selling Accounts. In doing so, Amazon exercised its rights under the BSA to protect its customers and the reputations of Amazon and Foundation Wellness.

44. Amazon also proactively issued refunds to customers who purchased the counterfeit PowerStep-branded products from Defendants in accordance with Amazon's refunds policies. Defendants have not reimbursed Amazon.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## V. CLAIMS

**FIRST CLAIM**
***(by Stable Step against all Defendants)***
**Trademark Counterfeiting and Trademark Infringement – 15 U.S.C. § 1114**

45. Plaintiff Stable Step incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

46. Defendants' activities constitute counterfeiting and infringement of the PowerStep Trademarks as described in the paragraphs above.

47. Stable Step owns the PowerStep Trademarks, and it advertises, markets, offers, distributes, and sells products using the PowerStep Trademarks. Stable Step uses the PowerStep Trademarks to distinguish its products from the products and related items of others in the same or related fields.

48. Because of Stable Step's long, continuous, and exclusive use of the PowerStep Trademarks, the Trademarks are understood by customers and the public to signify products from Stable Step.

49. Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit and infringing versions of the PowerStep Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intended customers to believe, incorrectly, that the products originated from, were affiliated with, and/or were authorized by Stable Step, and they likely caused such erroneous customer beliefs.

50. As a result of Defendants' wrongful conduct, Stable Step is entitled to recover its actual damages, Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Stable Step is entitled to statutory damages under 15 U.S.C. § 1117(c) for Defendants' use of counterfeit marks.

51. Stable Step is further entitled to injunctive relief, including an order impounding all counterfeit and infringing products and promotional materials in Defendants' possession. Stable Step has no adequate remedy at law for Defendants' wrongful conduct because, among



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

other things: (a) the PowerStep Trademarks are unique and valuable properties that have no readily-determinable market value; (b) Defendants' counterfeiting and infringing activities constitute harm to Stable Step and its reputation and goodwill such that Stable Step could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the counterfeit and infringing materials; and (d) the resulting harm to Stable Step, due to Defendants' wrongful conduct, is likely to be continuing.

## SECOND CLAIM
***(by Stable Step, Remington, and Amazon against all Defendants)***
**False Designation of Origin – 15 U.S.C. § 1125(a)**

52. Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

53. Stable Step owns the PowerStep Trademarks; Remington manufactures the products bearing the Trademarks; Stable Step advertises, markets, offers, distributes, and sells products using the Trademarks; and Stable Step and Remington use the Trademarks to distinguish their products from the products and related items of others in the same or related fields.

54. Because of Foundation Wellness's long, continuous, and exclusive use of the PowerStep Trademarks, the Trademarks are understood by customers, users, and the public, to signify products from Foundation Wellness.

55. Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in the Amazon Store.

56. Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit versions of the PowerStep Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Defendants' wrongful conduct misleads and confuses customers and the public as to the origin and authenticity of the goods and services advertised, marketed, offered,



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

distributed, or sold in connection with the PowerStep Trademarks, and wrongfully trades upon Foundation Wellness's goodwill and business reputation.

57. Further, Defendants deceived Amazon and its customers about the authenticity of the products they were advertising, marketing, offering, distributing, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policies. Defendants' deceptive acts were material to Amazon's decision to allow Defendants to sell their products in the Amazon Store because Amazon would not have allowed Defendants to do so but for their deceptive acts.

58. Defendants' misconduct has also caused Amazon to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon and its customers. Defendants' illegal acts have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing at least to the extent that Defendants continue to establish selling accounts under different or false identities. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

59. Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by Foundation Wellness, all in violation of 15 U.S.C. § 1125(a)(1)(A).

60. Plaintiffs are entitled to an injunction against Defendants, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with attorneys' fees and costs incurred in investigating and bringing this lawsuit. Defendants' acts have caused irreparable injury to Plaintiffs. On information and belief, that injury is continuing. An award of monetary damages cannot fully compensate Plaintiffs for their injuries, and Plaintiffs lack an adequate remedy at law.

61. Foundation Wellness is further entitled to recover Defendants' profits, Foundation Wellness's damages for its losses, and Foundation Wellness's costs to investigate and remediate



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Defendants' conduct and bring this action, in an amount to be determined. Foundation Wellness is also entitled to the trebling of any damages award as allowed by law. Amazon is also entitled to recover its damages arising from Defendants' sale of counterfeit products in the Amazon Store.

**THIRD CLAIM**
***(by Stable Step, Remington, and Amazon against all Defendants)***
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

62. Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

63. Defendants' advertising, marketing, offering, distributing, and selling of counterfeit PowerStep-branded products constitute unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

64. Defendants' advertising, marketing, offering, distributing, and selling of counterfeit PowerStep-branded products harm the public interest by deceiving customers about the authenticity, origin, and sponsorship of the products.

65. Defendants' advertising, marketing, offering, distributing, and selling of counterfeit PowerStep-branded products directly and proximately causes harm to and tarnishes Plaintiffs' reputations and brands, and damages their business and property interests and rights.

66. Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. Foundation Wellness further seeks to recover from Defendants its actual damages, trebled, and Amazon further seeks to recover from Defendants its actual damages, trebled, arising from Defendants' sale of counterfeit products.

**FOURTH CLAIM**
***(by Amazon.com Services LLC[3] against all Defendants)***
**Breach of Contract**

67. Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

[3] For the Fourth Claim only, "Amazon" shall refer to Amazon.com Services LLC only.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

68. Defendants established Amazon selling accounts and entered into Amazon's BSA, a binding and enforceable contract between Defendants and Amazon. Defendants also contractually agreed to be bound by the policies incorporated by reference into the BSA, including Amazon's Anti-Counterfeiting Policy and other policies as maintained on the Amazon seller website.

69. Amazon performed all obligations required of it under the terms of the contract with Defendants or was excused from doing so.

70. Defendants' sale and distribution of counterfeit PowerStep-branded products materially breached the BSA and the Anti-Counterfeiting Policy in numerous ways. Among other things, Defendants' conduct constitutes infringement and misuse of the IP rights of Foundation Wellness.

71. In furtherance of their sale and distribution of counterfeit PowerStep-branded products, Defendants further breached the BSA and its incorporated policies by submitting falsified documents to Amazon after their Selling Accounts were suspended in an effort to have their Accounts reinstated.

72. Additionally, Defendants breached the BSA by failing to reimburse Amazon for the amounts it paid, in accordance with Amazon's policies, to refund customers who purchased counterfeit products from Defendants.

73. Defendants' breaches have caused significant harm to Amazon, and Amazon is entitled to damages in an amount to be determined.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A. That the Court enter an order permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them, from:

(i) selling counterfeit or infringing products in Amazon's stores;



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

(ii) selling counterfeit or infringing products to Amazon or any Amazon affiliate;

(iii) importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product using any simulation, reproduction, counterfeit, copy, or colorable imitation of Foundation Wellness's brand or trademarks, or which otherwise infringes Foundation Wellness's IP, in any store or in any medium; and

(iv) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iii) above;

B. That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

C. That the Court enter an order requiring Defendants to provide Plaintiffs with all records in their possession, custody, and control related to Defendants' unlawful activities, including materials sufficient to identify their supplier of the counterfeit PowerStep-branded products;

D. That the Court enter an order pursuant to 15 U.S.C. § 1118 impounding and permitting destruction of all counterfeit and infringing products bearing the PowerStep Trademarks or that otherwise infringe Stable Step's IP, and any related materials, including business records and materials used to reproduce any infringing products, in Defendants' possession or under their control;

E. That the Court enter an order requiring Defendants to provide Plaintiffs a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

F. That the Court enter an order requiring Defendants to pay all general, special, and actual damages which Foundation Wellness has sustained, or will sustain as a consequence of Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together with its statutory damages, and that such damages be enhanced, doubled, or trebled as



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law, and that Amazon's damages, plus Defendants' profits, related to Defendants' activities involving the sale of counterfeit products be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

G. That the Court enter an order requiring Defendants to pay the maximum amount of prejudgment interest authorized by law;

H. That the Court enter an order requiring Defendants to pay the costs of this action and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

I. That the Court enter an order requiring that identified financial institutions restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment in this case; and

J. That the Court grant Plaintiffs such other, further, and additional relief as the Court deems just and equitable.

DATED this 9th day of October, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*/s/ Daniele Arad-Neeman*
Daniele Arad-Neeman, WSBA #61124
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: danielearadneeman@dwt.com

## ATTACHMENT 1

### SELLING ACCOUNT 1

Selling Account Name: Basket
Dates of Known Sales of Infringing Products: January 17, 2026 through April 19, 2026

| Purported Product | Confirmation of Counterfeit |
|---|---|
| PowerStep Pinnacle Insoles, Orthotics for Plantar Fasciitis Relief, Made in USA Orthotic Insoles, Arch Support Inserts with Moderate Pronation, #1 Podiatrist Recommended (M 6-6.5, W 8-8.5)<br><br>ASIN[1]: B000KPOMZY | • On or about March 2, 2026, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account.<br>• Foundation Wellness received and inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles.<br>• Amazon inspected an invoice submitted by the Selling Account. Amazon confirmed the invoice was fabricated, as the supplier listed in the invoice confirmed that it did not issue the invoice. |
| PowerStep Pinnacle Insoles, Orthotics for Plantar Fasciitis Relief, Made in USA Orthotic Insoles, Arch Support Inserts with Moderate Pronation, #1 Podiatrist Recommended (M 11-11.5, W 13-13.5)<br><br>ASIN: B001334X8S | • On or about March 7, 2026, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account.<br>• Foundation Wellness inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles. |

[1] "ASIN" is an abbreviation of "Amazon Standard Identification Number," which is a unique series of ten alphanumeric characters that is assigned to each product listed for sale in Amazon's stores for identification purposes.

| Purported Product | Confirmation of Counterfeit |
| --- | --- |
| PowerStep Pinnacle Maxx Orthotic Insoles, Maximum Stability & Comfort, Firm & Flexible Angled Heel, Flat Feet & Overpronation, Heavy Duty Shoe Inserts for Men & Women, Made in USA (M 11-11.5)<br><br>ASIN: B0045E5KB6 | • On or about March 17, 2026, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account.<br><br>• Foundation Wellness inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles. |
| PowerStep Original Insoles, Arch Pain Relief Orthotics, Tight Shoes, Foot Support for Plantar Fasciitis, Mild Pronation, Foot & Arch Support Inserts, Shoe Inserts, Made in the USA (M 9-9.5, W 11-11.5)<br><br>ASIN: B005AFHP8K | • On or about March 17, 2026, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account.<br><br>• Foundation Wellness inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles. |
| PowerStep Original Insoles, Arch Pain Relief Orthotics, Tight Shoes, Foot Support for Plantar Fasciitis, Mild Pronation, Foot & Arch Support Inserts, Shoe Inserts, Made in the USA (M 6-6.5/W 8-8.5)<br><br>ASIN: B005AFHMDS | • On or about March 17, 2026, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account.<br><br>• Foundation Wellness inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles. |

| Purported Product | Confirmation of Counterfeit |
|---|---|
| PowerStep Pinnacle Insoles, Orthotics for Plantar Fasciitis Relief, Made in USA Orthotic Insoles, Arch Support Inserts with Moderate Pronation, #1 Podiatrist Recommended (M 8-8.5, W 10.10.5)<br><br>ASIN: B001334X7O | • On or about March 17, 2026, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account.<br><br>• Foundation Wellness inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles. |

**SELLING ACCOUNT 2**

Selling Account Name: Shoes Are Us Store
Dates of Known Sales of Infringing Products: August 24, 2025, through May 20, 2025

| Purported Product | Confirmation of Counterfeit |
|---|---|
| PowerStep Pinnacle Insoles, Orthotics for Plantar Fasciitis Relief, Made in USA Orthotic Insoles, Arch Support Inserts with Moderate Pronation, #1 Podiatrist Recommended (M 10-10.5, W 12-12.5)<br><br>ASIN: B000KPKMX0 | • On or about November 10, 2025, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account.<br><br>• Foundation Wellness inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles.<br><br>• Amazon inspected an invoice submitted by the Selling Account. Amazon confirmed the invoice was fabricated, as the supplier listed in the invoice confirmed that it did not issue the invoice. |

| Purported Product | Confirmation of Counterfeit |
|---|---|
| PowerStep Pinnacle Insoles, Orthotics for Plantar Fasciitis Relief, Made in USA Orthotic Insoles, Arch Support Inserts with Moderate Pronation, #1 Podiatrist Recommended (M 7-7.5 W 9-9.5)<br><br>ASIN: B000KPKMU8 | • On or about November 26, 2025, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles.<br><br>• Foundation Wellness inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. |
| PowerStep Pinnacle Insoles, Orthotics for Plantar Fasciitis Relief, Made in USA Orthotic Insoles, Arch Support Inserts with Moderate Pronation, #1 Podiatrist Recommended (M 6-6.5, W 8-8.5)<br><br>ASIN: B000KPOMZY | • On or about March 21, 2026, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account.<br><br>• Foundation Wellness inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles. |
| PowerStep Pinnacle Insoles, Orthotics for Plantar Fasciitis Relief, Made in USA Orthotic Insoles, Arch Support Inserts with Moderate Pronation, #1 Podiatrist Recommended (M 11-11.5, W 13-13.5)<br><br>ASIN: B001334X8S | • On or about March 21, 2026, Foundation Wellness conducted a test purchase of the listed product sold by the Selling Account.<br><br>• Foundation Wellness inspected the test-purchased product and confirmed that it is counterfeit based on deviations from Foundation Wellness's authentic product and packaging. For example, the product had differences from genuine PowerStep insoles in the material of the support shell, in the way certain components were glued, and in the coloring and design of the exterior of the insoles. |